The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ABSHER/KITCHELL J.V.,

                Plaintiff,

v.

PUYALLUP TRIBE OF INDIANS,

                Defendant.

No. 3:20-cv-05917-BJR

ORDER GRANTING STIPULATED MOTION TO STAY CASE PENDING SETTLEMENT DISCUSSIONS

THIS MATTER came before the above-entitled Court on the parties' Stipulated Motion to Stay Case Pending Settlement Discussions.

IT IS ORDERED that this case is stayed until October 23, 2020, and (a) the due date for Plaintiff's Reply in support of its Motion to Compel Arbitration (Dkt. # 4) shall be Monday, October 30, 2020, and (b) Plaintiff's Response to Defendant's Motion to Dismiss (Dkt. # 14) shall not be due until November 13, 2020.

DATED this 9th day of October 2020.

*[signature: Barbara J. Rothstein]*

Barbara Jacobs Rothstein
U.S. District Court Judge