The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABSHER/KITCHELL J.V.,

                        Plaintiff,

        v.

PUYALLUP TRIBE OF INDIANS,

                        Defendant.

No. 3:20-cv-05917-BJR

ORDER GRANTING STIPULATED
MOTION TO EXTEND STAY OF CASE
PENDING SETTLEMENT
DISCUSSIONS

        THIS MATTER came before the above-entitled Court on the parties' Stipulated Motion

to Extend Stay of Case Pending Settlement Discussions.

        IT IS ORDERED that this case is stayed until November 6, 2020, and (a) the due date for

Plaintiff's Reply in support of its Motion to Compel Arbitration (Dkt. # 4) shall be November 13,

2020, and (b) Plaintiff's Response to Defendant's Motion to Dismiss (Dkt. # 14) shall not be due

until November 30, 2020.

        DATED this 22nd day of October, 2020.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge