The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABSHER/KITCHELL J.V.,

                Plaintiff,

   v.

PUYALLUP TRIBE OF INDIANS,

                Defendant.

No. 3:20-cv-05917-BJR

ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the parties' Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS ORDERED that this action is dismissed in its entirety with prejudice.

DATED this 10th day of November 2020.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge